

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00014-CR**

**RUBEN HEREDIA,**

                                             **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                             **Appellee**

_____

**From the County Court**
**Navarro County, Texas**
**Trial Court No. C34853-CR**

_____

# O R D E R

_____

Ruben Heredia was convicted of possession of a controlled substance, cocaine, and sentenced to 60 years in prison. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d) (West 2010). His appeal was abated so that the trial court could prepare findings of fact and conclusions of law regarding whether Heredia's statements were voluntary and specifically whether Heredia made a knowing, intelligent, and voluntary waiver of the rights set out in Article 22 of the Texas Code of Criminal Procedure.

The trial court's findings of fact and conclusions of law have been filed.

Accordingly, this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed February 12, 2015

